# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Sean Wayne Null ;
**County of Residence:** Jackson County

**Defendant(s):**
First Listed Defendant:
Anthony Garcia ;
**County of Residence:** Jackson County

Additional Defendants(s):
Michael Wells ;
Dustin Atkins ;
Edward L. Lamport ;
Emelyna Aurich ;
Gabriel Robinson ;
Block 110 Residential, LLC ;
The Cordish Companies, Inc. ;
Michael Sosa ;
Semper Blue Professional Services, Inc. ;
David Kennedy ;
Caitlin Brock ;
Daniel Portnoy ;
Jean Peters Bakers ;

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**
Kenneth N Caldwell (Sean Null)

2300 Main St., Ste. 900
Kansas City, Missouri 64108
**Phone:** 3025883834
**Fax:** 7025489796
**Email:** kc99mail@yahoo.com

Edward N. Foster (Sean Null)
Caldwell Law Firm, P.C.
2300 Main St., Ste. 900
Kansas City, Missouri 64108
**Phone:** 3025883834
**Fax:** 7025489796
**Email:** efoster@caldwell-law-firm.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights

**Cause of Action:** 42 U.S.C. 1983, Constitutional Violations, 1st, 4th, 5th and 14th

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:** Yes

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Kenneth N. Caldwell

**Date:** 03/14/2023

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.