**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

SEAN WAYNE NULL,

                Plaintiff,

v.

ANTHONY GARCIA, et al.,

                Defendants.

Case No. 4:23-CV-00179

## ENTRY OF APPEARANCE

COMES NOW, Amanda R. Langenheim, Deputy County Counselor, for Jackson County, Missouri, and hereby enters her appearance on behalf of Defendants David Kennedy, Caitlin Brock, Daniel Francis Portnoy, Jean Peters Bakers, and Dustin Atkins.

Respectfully submitted,

*/s/ Amanda R. Langenheim*
Amanda R. Langenheim
Missouri Bar No. 69642
Deputy County Counselor
Office of the County Counselor
of Jackson County
415 E. 12th Street, Suite 200
Kansas City, Missouri, 64106
Phone: (816) 881-3811
alangenheim@jacksongov.org

Attorney for Defendants David Kennedy, Caitlin Brock, Daniel Francis Portnoy, Jean Peters Bakers, and Dustin Atkins

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 13, 2023, the foregoing was filed electronically with the Clerk of the court by using the CM/ECF system, and served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Amanda R. Langenheim*
Amanda R. Langenheim